*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps
# Court of Criminal Appeals

_____

Before
MONAHAN, STEPHENS, and DEERWESTER
Appellate Military Judges

_____

**UNITED STATES**
*Appellee*

**v.**

**Andrew S. LANE**
Aviation Structural Mechanic Third Class (E-4), U.S. Navy
*Appellant*

**No. 202100104**

Decided: 18 October 2021

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge:
Donald R. Ostrom

Sentence adjudged 19 January 2021 by a general court-martial convened at Naval Station Norfolk, Virginia, consisting of a military judge sitting alone. Sentence in the Entry of Judgment: reduction to E-1, confinement for four months, and a bad-conduct discharge.

For Appellant:
*Captain Thomas P. Belsky, JAGC, USNR*

For Appellee:
*Commander Joshua M. Hawkes, JAGC, USN*
*Commander James M. Toohey, JAGC, USN*
*Lieutenant Commander Jeffrey S. Marden, JAGC, USN*

_____

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

_____

PER CURIAM:

Appellant was convicted in accordance with his pleas of two specifications of attempted indecent conduct in violation of Article 80, Uniform Code of Military Justice.[1]

Appellant's sole assignment of error is that he is entitled to a corrected Entry of Judgment [EOJ] where the one contained in the record of trial fails to list the offenses for which he was convicted. The Government concedes the EOJ contained in the record of trial is incorrect and that we should correct it.

We agree. Although we find no prejudice, Appellant is entitled to have court-martial records that correctly reflect the content of his proceeding.[2] In accordance with Rule for Courts-Martial 1111(c)(2), we modify the EOJ and direct that it be included in the record of trial.[3]

After careful consideration of the record, we have determined the findings and sentence as corrected are correct in law and fact and that no error materially prejudicial to Appellant's substantial rights occurred.[4]

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

RODGER A. DREW, JR.
Clerk of Court

---

[1] 10 U.S.C. § 880.

[2] *United States v. Crumpley*, 49 M.J. 538, 539, n.3 (N-M. Ct. Crim. App. 1998).

[3] Appellant was sentenced under the unitary sentencing scheme that was in place prior to the Military Justice Act of 2016 taking effect.

[4] 10 U.S.C. §§ 859, 866.

# United States Navy–Marine Corps
# Court of Criminal Appeals

| | |
|---|---|
| **UNITED STATES** | NMCCA NO. 202100104 |
| v. | **ENTRY** |
| | **OF** |
| **Andrew S. LANE** | **JUDGMENT** |
| **Aviation Structural Mechanic** | |
| **Third Class (E-4)** | *As Modified on Appeal* |
| **U.S. Navy** | |
| *Accused* | **18 October 2021** |

On 19 January 2021, the Accused was tried at Naval Station Norfolk, Virginia, by a general court-martial, consisting of a military judge sitting alone. Military Judge Donald R. Ostrom presided.

## FINDINGS

The following are the Accused's pleas and the Court's findings to all offenses the convening authority referred to trial:

**Charge I:** **Violation of Article 80, Uniform Code of Military Justice, 10 U.S.C. § 880.**

> *Plea:* Not Guilty.
> *Finding:* Dismissed.

**Specification 1:** **Attempted sexual abuse of a child (indecent communication) upon "Mandy," a person he believed was under the age of 16 years, on or about 18 February 2018.**

> *Plea:* Not Guilty.
> *Finding:* Dismissed.

**Specification 2:** **Attempted sexual abuse of a child (indecent exposure) upon "Mandy," a person whom he believed was under the age of 16 years, on or about 18 February 2018.**

> *Plea:* Not Guilty.
> *Finding:* Dismissed.

**Specification 3:** **Attempted sexual abuse of a child (indecent conduct) upon "Mandy," a person whom he believed was under the age of 16 years, on or about 18 February 2018.**

> *Plea:* Not Guilty.

> *Finding:* Dismissed.

**Specification 4:** **Attempted sexual abuse of a child (indecent exposure) upon "Stephanie," a person whom he believed was under the age of 16 years, on or about 18 February 2018.**

> *Plea:* Not Guilty.

> *Finding:* Dismissed.

**Additional Charge:** **Violation of Article 80, Uniform Code of Military Justice, 10 U.S.C. § 880.**

> *Plea:* Guilty.

> *Finding:* Guilty.

**Specification1:** **Attempted indecent conduct upon "Stephanie," a person he believed was under the age of 16, on or about 18 February 2018.**

> *Plea:* Guilty.

> *Finding:* Guilty.

**Specification 2:** **Attempted indecent conduct upon "Mandy," a person he believed was under the age of 16, on or about 18 February 2018.**

> *Plea:* Guilty.

> *Finding:* Guilty.

## SENTENCE

On 19 January 2021, a military judge sentenced the Accused to the following:

**Reduction to pay grade E-1.**

**Confinement for a total of 4 months.**

**A bad-conduct discharge.**

The convening authority approved the sentence.[5]

FOR THE COURT:

RODGER A. DREW, JR.
Clerk of Court

---

[5] On 25 January 2021, included within the Defense's clemency request, the trial defense counsel asked the convening authority to suspend the sentence of confinement for four months, at which time, unless sooner vacated, the suspended portion would be remitted without further action. The convening authority denied this request on 24 February 2021.